IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE ALFRED AGUILAR,

    Petitioner,

v.                                      CASE NO. 4:15cv65-RH/GRJ

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. The petitioner apparently has abandoned the case. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on October 5, 2015.

                                          s/Robert L. Hinkle
                                          United States District Judge